IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTHONY CIRILLO                                         :
      Plaintiff,
                                                                          CIVIL ACTION
    v.                                                :         NO. 12-6291

PATRICK R. DONAHOE,
Postmaster General                                     :
      Defendant.

**ORDER**


        AND NOW, this 31ˢᵗ day of March, 2014, upon consideration of Defendant's Motion To

Dismiss Second Amended Complaint For Failure To State A Claim (Doc. No. 18), Plaintiff's

Response thereto (Doc. No. 19), and Defendant's Reply to Plaintiff's Response (Doc. No. 22), it

is hereby ORDERED that said Motion is GRANTED.  Plaintiff's Second Amended Complaint is

DISMISSED with prejudice and the Clerk of Court shall mark this matter CLOSED.




                                        BY THE COURT:

                                        /s/ C. Darnell Jones, II


                                        _____
                                        C. Darnell Jones, II        J.